PROB 12C (08/16)



17 - 9176 mJ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Yliyah Rephayah Ben Yisrayl          Case Number: 4:10CR00050-1 HEA

Name of Sentencing Judicial Officer: The Honorable Henry E. Autrey
                                     United States District Judge

Date of Original Sentence: February 22, 2011

Original Offense: Robbery of Federally Insured Institution

Original Sentence: 54 months imprisonment and 3 years supervised release. On January 6, 2016, supervised released was revoked and sentenced to 90 days imprisonment followed by 24 months supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: March 15, 2016
                                                           Expiration Date: March 14, 2018

Assistant U.S. Attorney: Thomas J. Mehan          Defense Attorney: Paul E. Sims

---

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

### Violation Number

Standard Condition #2: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

### Nature of Noncompliance

Ben Yisrayl has failed to submit monthly supervision reports for the months of April, May, June, July, August, and September 2016.

Ben Yisrayl was directed to report to the Probation Office on September 16, 2016, for commercial driver's license (CDL) training orientation. Ben Yisrayl failed to report and did not respond to the undersigned officer's calls until September 27, 2016. When interviewed by the undersigned, Assistant Deputy Chief US Probation Officer, Jo Cooper, and Supervising Probation Officer, Quincy Fountain, Ben Yisrayl stated he had to get away from some people due to safety concerns. He would not explain

PROB 12C (08/16)
Yliyah Rephayah Ben Yisrayl
4:10CR00050-1 HEA

the situation nor did he report where we was during the 11 days he was not in communication other than he was in Saint Louis and he could not call.

After the meeting, Ben Yisrayl sent the following test messages to the undersigned, "I have never refused you an UA. I didn't have to piss CAUSE I'm pissed off. I had to go into hiding to stay alive. People want my head... corrupted enforcement...and that is not better than a doctor's excuse..... I'm not delusional.... I feel if y'all wanted me in that CDL class, it could happen. Y'all are trained to be detached from us ...... I was asked if I could call while being hunted down.... THAT'S insulting..... People train for war...but in live action that training goes by the way side.....Just because they for war doesn't make them killers.....So sitting on the couch watching a boxing match saying he should lead with his right, and you have never been in the ring or a fight, how can one say what should have happened...... Have you ever been shot at? Had your loved ones threatened to be killed... So how can one say what I should have done.... THAT'S insulting, placating, patronizing. I don't dislike you, you are just not listening to me" That text message was followed by, "You are going home to night to a warm bed and people that care about you.... I'm out in the cold and can't get to the people THAT love and care about me...Things in black and white don't work for everyone."

**Violation Number**

Standard Condition #5: The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

**Nature of Noncompliance**

On September 1, 2016, Ben Yisrayl obtained employment at the Sun Café with the help of the Probation Office. On September 17, 2016, the undersigned officer received an email stating Ben Yisrayl was terminated because he did not show up for his assigned shifts for two days in a row. He did not call to report that he would not be working nor did he return the employer's calls.

**Violation Number**

Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Nature of Noncompliance**

Ben Yisrayl submitted a sample for substance abuse testing which returned positive for cocaine on May 17, 2016 and July 8, 2016. Ben Yisrayl denied drug use on both occasions.

**Violation Number**

Special Condition: The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, Residential Re-Entry Center, or inpatient treatment in a treatment center or hospital. The defendant shall

PROB 12C (08/16)
Yliyah Rephayah Ben Yisrayl
4:10CR00050-1 HEA

pay for the costs associated with substance abuse services based on a co-payment fee established by the United States Probation Office. Co-payments shall never exceed the total cost of services provided.

**Nature of Noncompliance**

Ben Yisrayl failed to report for random substance abuse testing on March 17, March 29, April 6, April 20, May 19, May 28, June 6, June 16, July 10, August 2, August 24, September 5, and September 28, 2016.

**Violation Number**

Special Condition: The defendant shall participate in a mental health program approved by the United States Probation Office. The defendant shall pay for the costs associated with the services provided based on a co-payment fee established by the United States Probation Office. Co-payments shall never exceed the total cost of services provided.

Special Condition: The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, Residential Re-Entry Center, or inpatient treatment in a treatment center or hospital. The defendant shall pay for the costs associated with substance abuse services based on a co-payment fee established by the United States Probation Office. Co-payments shall never exceed the total cost of services provided.

**Nature of Noncompliance**

At the commencement of supervision, the undersigned officer directed Ben Yisrayl to participate in weekly individual dual diagnosis treatment sessions to assist him with mental health and substance abuse issues. To date, Ben Yisrayl has failed to engage in treatment and never reported to the treatment provider in order to set up services. Instead, Ben Yisrayl stated he was participating in treatment through a private treatment provider. The undersigned officer contacted Ben Yisrayl's alleged treatment provider who denied treating Ben Yisrayl.

**Violation Number**

Special Condition: All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in full immediately, then the defendant shall make payments under the following minimum payment schedule: During incarceration, it is recommended that the defendant pay criminal monetary penalties through an installment plan in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of 50% of the funds available to the defendant. If the defendant owes any criminal monetary penalties when released from incarceration, then the defendant shall make payments in monthly installments of at least $100, or no less than 10% of the defendant's gross earnings, which is greater, with payments to commence no later than 30 days after release from imprisonment. Until all criminal penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation unit, of any material chances in the defendant's economic circumstances that might affect the defendant's ability to pay criminal monetary penalties. The defendant shall notify this

PROB 12C (08/16)
Yliyah Rephayah Ben Yisrayl
4:10CR00050-1 HEA

district's United States Attorney's Office, Financial Litigation unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remain unpaid.

## Nature of Noncompliance

At the time of sentencing, Ben Yisaryl was ordered to pay a $100 Special Assessment and $5,905 in victim restitution for a total of $6,005.00. Since the commencement of supervision, Ben Yisrayl has failed to make a single payment.

## Previous Violations

On May 19, 2016, the Court was notified of Ben Yisrayl's failure to submit monthly reports, failure to pay restitution, and cocaine use. As no action was taken, these violations were added to the body of the report.

PROB 12C (08/16)
Yliyah Rephayah Ben Yisrayl
4:10CR00050-1 HEA

**U.S. Probation Officer Recommendation:** The Probation Office has exhausted all resources when dealing with Ben Yisrayl, who has continued his noncompliant behavior. Ben Yisrayl has violated conditions of his supervision and has displayed a pattern of dishonesty and evasiveness. His mental health state is questionable. The Probation Office is especially concerned with Ben Yisrayl's treatment resistance and no longer believes he can be safely supervised in the community. It is respectfully recommended that a warrant be issued and Ben Yisrayl's term of supervised release be revoked.

The Supervised Release should be
　　[X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2016

Approved,

by _Julie A. O'Keefe_ (signature)
Julie A. O'Keefe
Supervising U.S. Probation Officer
Date: October 3, 2016

Respectfully submitted,

by _Michael Alvarez_ (signature)
Michael Alvarez
U.S. Probation Officer
Date: October 3, 2016

---

THE COURT ORDERS:

☐　No Action
☒　The Issuance of a Warrant
☐　The Issuance of a Summons
　　　Appearance Date:
　　　Appearance Time:
　　　Courtroom Number:
☐　Other

_(signature)_
Signature of Judicial Officer

10/3/16
Date

AO 442 (Rev. 9/15MOE) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>Yliyah Rephayah Ben Yisrayl<br>*Defendant* | Case No. 4:10CR00050-1 HEA |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Yliyah Rephayah Ben Yisrayl, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached "Petition for Warrant"

Date: 10/4/2016

*Issuing officer's signature*

City and state: St. Louis, Missouri

Gregory J. Linhares, Clerk of the Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | *Arresting officer's signature*<br><br>*Printed name and title* |

